IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| SHAUN E. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2246 |
| | ) |
| WHIRLPOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Shaun James, and Defendant, Whirlpool Corporation, by and through their attorneys, hereby submit the instant Stipulation to Dismiss with Prejudice the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a). The parties attach a proposed order dismissing this matter as Exhibit 1.

WHEREFORE, the Parties respectfully request that the Court dismiss the above captioned matter with prejudice and without costs.

                                             Respectfully submitted,

| | |
|---|---|
| Shaun E. James | Whirlpool Corporation |
| | |
| by: s/Mark E. Ford (w/permission) | by:  s/Marissa Ross |
|     Mark E. Ford |     Dana S. Connell |
|     19 Court Street |     Marissa Ross |
|     Fort Smith, AR 72901 |     Littler Mendelson, P.C. |
| |     200 North LaSalle Street, Suite 2900 |
| |     Chicago, Illinois 60601 |

Dated: December 15, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following: markfordlaw@sbcglobal.net and rjones@joneslawfirm.com

                           s/Marissa Ross
                           One of the Attorneys for Defendant
                           Littler Mendelson, P.C.
                           200 North LaSalle Street, Suite 2900
                           Chicago, IL 60601
                           312.372.5520

Case 2:04-cv-02246-RTD   Document 30   Filed 12/15/05   Page 2 of 2 PageID #: 212