### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

| | |
|---|---|
| SHAUN E. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 04-2246 |
| | ) |
| WHIRLPOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter coming before the Court by the parties' stipulation and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT this matter is dismissed, with prejudice, neither party taking costs.

_____
Honorable Judge Robert T. Dawson

Dated: 12-16-05

cc: Mark E. Ford, 19 Court Street, Fort Smith, Arkansas 72901
Dana S. Connell, Marissa Ross, Littler Mendelson, P.C., 200 N. LaSalle St., Suite 2900, Chicago, Illinois 60601
Robert L. Jones, III, Jones & Harper, P.O. Box 8070, Fort Smith, Arkansas 72902-8070

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 16 2005

...SON, CLERK

CLERK